NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**EGENERA, INC.,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC.,**
*Appellee*

———————————

2019-1353

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01340.

———————————

**JUDGMENT**

———————————

JAMES ELROY QUIGLEY, McKool Smith, PC, Austin, TX, argued for appellant. Also represented by JOHN BRUCE CAMPBELL, KATHY HSINJUNG LI; CHRISTOPHER THOR BOVENKAMP, Dallas, TX.

THEODORE M. FOSTER, Haynes & Boone, LLP, Dallas, TX, argued for appellee. Also represented by DAVID L. MCCOMBS, DEBRA JANECE MCCOMAS.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).
**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>January 14, 2020</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |